Fill in this information to identify your case:

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Italian German Exhibition Company (USA) Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 22-2609643 |

4. **Debtor's address**

**Principal place of business**

8755 W. Higgins Rd.
Number        Street

Suite 900

Chicago            IL      60631
City                State    ZIP Code

Cook County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City            State    ZIP Code

| | |
|---|---|
| 5. **Debtor's website** (URL) | |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   Italian German Exhibition Company (USA) Inc.
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

Case number *(if known)*_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                          MM / DD / YYYY

         District _____   When _____   Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

         District _____   When _____
                                                  MM  /  DD  / YYYY

         Case number, if known _____

| Debtor | Italian German Exhibition Company (USA) Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Italian German Exhibition Company (USA) Inc. | | Case number (if known) |
|---|---|---|---|
| | Name | | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/27/2023
              MM  / DD / YYYY

✗ /s/ _____          BERND  ROHDE
Signature of authorized representative of debtor          Printed name

Title  CEO

| 18. Signature of attorney | ✗ /s/ Vincent Roldan | Date | 09/27/2023 |
|---|---|---|---|
| | Signature of attorney for debtor | | MM  / DD / YYYY |

Vincent Roldan
Printed name
Mandelbaum Barrett PC
Firm name
3 Becker Farm Road
Number      Street
Roseland                                    NJ        07068
City                                        State     ZIP Code

973-974-9815                               vroldan@mblawfirm.com
Contact phone                              Email address

045371998                                  NJ
Bar number                                 State

**Fill in this information to identify the case:**

Debtor name _____Italian German Exhibition Company (USA) Inc._____

United States Bankruptcy Court for the: _____District of New Jersey_____
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

**Part 1:**    **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ........................................................................

    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................

    $ _____509,980.76

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ........................................................................

    $ _____509,980.76

---

**Part 2:**    **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

    $ _____0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................................

    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................

    +$ _____2,703,684.95

4. **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b

    $ _____2,703,684.95

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name _____Italian German Exhibition Company (USA) Inc._____

United States Bankruptcy Court for the: __District of New Jersey_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                          $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo | Checking | 9  7  0  1 | $ 132,152.66 |
| 3.2. | | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Uncashed check from Bank of America | $ 72,640.19 |
| 4.2. | | $ |

5. **Total of Part 1**                                                        $ 204,792.85

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | | $ |
| 7.2. | | $ |

Debtor    Italian German Exhibition Company (USA) Inc.
_____
Name                                                    Case number (if known)_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                          $_____

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:  305,187.91 _____ – 0.00 _____ = ........➔   $ 305,187.91 _____
                              face amount          doubtful or uncollectible accounts

11b. Over 90 days old:  0.00 _____ – 0.00 _____ = ........➔   $ 0.00 _____
                          face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ 305,187.91 _____

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                     % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                          $_____

---

Debtor ___Italian German Exhibition Company (USA) Inc._____  Case number *(if known)*_____
     Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor  Italian German Exhibition Company (USA) Inc.
_____ Case number (if known)_____
       Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                       $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment | $ 100.00 | _____ | $ Unknown |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                       $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☒ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☒ No

   ☐ Yes

Debtor  Italian German Exhibition Company (USA) Inc.                      Case number (if known)_____
          Name

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                                      $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   Italian German Exhibition Company (USA) Inc.  _____   Case number (if known)_____
Name

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   Office lease | Lease | | | $ 0.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |
| | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer lists | $_____ | _____ | $ Unknown |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor    Italian German Exhibition Company (USA) Inc.
Name _____    Case number *(if known)* _____

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➡ $_____
                                      Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

**73. Interests in insurance policies or annuities**

_____    $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____    $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Italian German Exhibition Company (USA) Inc._____    Case number _(if known)_____
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._
$ 204,792.85

81. **Deposits and prepayments.** _Copy line 9, Part 2._
$ 0.00

82. **Accounts receivable.** _Copy line 12, Part 3._
$ 305,187.91

83. **Investments.** _Copy line 17, Part 4._
$ 0.00

84. **Inventory.** _Copy line 23, Part 5._
$ 0.00

85. **Farming and fishing-related assets.** _Copy line 33, Part 6._
$ 0.00

86. **Office furniture, fixtures, and equipment; and collectibles.**
    _Copy line 43, Part 7._
$ 0.00

87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._
$ 0.00

88. **Real property.** _Copy line 56, Part 9._ ................................................➔
$ 0.00

89. **Intangibles and intellectual property.** _Copy line 66, Part 10._
$ 0.00

90. **All other assets.** _Copy line 78, Part 11._
+ $ 0.00

91. **Total.** Add lines 80 through 90 for each column. ...........................91a.
$ 509,980.76    + 91b. $ 0.00

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..........................................................................................
509,980.76
$ 509,980.76

**Fill in this information to identify the case:**

Debtor name ___Italian German Exhibition Company (USA) Inc.___

United States Bankruptcy Court for the: ___District of New Jersey___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

_____

Creditor's mailing address

_____

_____

Describe the lien

Creditor's email address, if known

_____

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

**Fill in this information to identify the case:**

Debtor _____ Italian German Exhibition Company (USA) Inc. _____

United States Bankruptcy Court for the: _____ District of New Jersey _____

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Berey, Donald<br>9727 Loch Linden Ct<br><br>Fairfax, VA, 22032 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ Unknown | $ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | | |
| **2.2** | **Priority creditor's name and mailing address**<br>Connecticut Department of Labor<br>200 Folly Brook Blvd.<br>Wethersfield, CT, 06109 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $ Unknown | $ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |
| **2.3** | **Priority creditor's name and mailing address**<br>Connecticut Department of Revenue Services<br>450 Columbus Blvd. Suite 1<br>Hartford, CT, 06103 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $ Unknown | $ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |

Debtor    Italian German Exhibition Company (USA) Inc.                          Case number *(if known)*_____
          Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.4 Priority creditor's name and mailing address**
Eckstein, Andreas
26 South Ridge Avenue

Arlington Heights, IL, 60005

Total claim: $ Unknown        Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.5 Priority creditor's name and mailing address**
Estey, Robin
18 Berkley Drive
Yardley
Morrisville, PA, 19067

Total claim: $ Unknown        Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.6 Priority creditor's name and mailing address**
Georgia Department of Labor
148 Andrew Young Intl Blvd, NE
Atlanta, GA, 30303

Total claim: $ Unknown

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.7 Priority creditor's name and mailing address**
Georgia Department of Revenue
1800 Century Boulevard, NE
Atlanta, GA, 30345

Total claim: $ Unknown        Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Italian German Exhibition Company (USA) Inc.          Case number *(if known)* _____
         Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |

**2.8  Priority creditor's name and mailing address**
Illinois Dept of Labor
60 N. La Salle Street, C-1300
Chicago, IL, 60601

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.9  Priority creditor's name and mailing address**
Illinois Dept of Revenue
Suite 1100, 555 West Monroe Street
Chicago, IL, 60661

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.10  Priority creditor's name and mailing address**
Internal Revenue Service
Centralized Insolvency Operation POB
Philadelphia, PA, 19101

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.11  Priority creditor's name and mailing address**
Kelly, Michelle
22514 Prairie Crossing

Plainfield, IL, 60544

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 3 of 23

Debtor ___Italian German Exhibition Company (USA) Inc._____  Case number _(if known)_____

Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |

---

**2.12** **Priority creditor's name and mailing address**

New Jersey Department of Treasury
3 John Fitch Way Fl 5
PO Box 245
Trenton, NJ, 08695

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13** **Priority creditor's name and mailing address**

New Jersey Dept of Labor and Workforce
1 John Fitch Plz
Trenton, NJ, 08611

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14** **Priority creditor's name and mailing address**

Pennsylvania Department of Labor and Industry
1700 Labor & Industry Building
Harrisburg, PA, 17120

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.15** **Priority creditor's name and mailing address**

Pennsylvanie Department of Revenue
Looby Strawberry SQ
Harrisburg, PA, 17128-0101

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Italian German Exhibition Company (USA) Inc.                    Case number *(if known)*_____
         Name

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.16  Priority creditor's name and mailing address**

Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building,
111 East 17th Street
Austin, TX, 78774

$ _Unknown_____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.17  Priority creditor's name and mailing address**

Texas Workforce Commission
101 E 15th Street
Austin, TX, 78778

$ _Unknown_____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.18  Priority creditor's name and mailing address**

Virginia Dept of Labor and Industry
Main Street Center 600 East Main Street, Suite 207
Richmond, VA, 23219

$ _Unknown_____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.19  Priority creditor's name and mailing address**

Virginia Tax
Office of Customer Services P.O. Box 1115
Richmond, VA, 23218-1115

$ _Unknown_____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

Debtor    Italian German Exhibition Company (USA) Inc.    Case number *(if known)*_____
          Name

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**    **Priority amount**

---

**2.20  Priority creditor's name and mailing address**

Wisconsin Department of Revenue
PO Box 8949
Madison, WI, 53708-8949

$ Unknown    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
☑ No
☐ Yes

---

**2.21  Priority creditor's name and mailing address**

Wisconsin Department of Workforce Development
201 E. Washington Ave
Madison, WI, 53707

$ Unknown    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
☑ No
☐ Yes

---

**2.___  Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**
☐ No
☐ Yes

---

**2.___  Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**
☐ No
☐ Yes

---

Debtor ___Italian German Exhibition Company (USA) Inc.___    Case number _(if known)_____
        Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
5G-ACIA Alliance for Connected Industries &
Automation
Lyoner Strasse 9

Frankfurt Hesse, Germany, 60528

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 13,200.00

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**
Adastra
Royal Bank Plaza South Tower
200 Bay Street Suite 1401
Toronto, ON, MSJ2J2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 3,512.20

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**
AirTAC USA Corporation
21202 Park Row Dr

Katy, TX, 77449

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 13,200.00

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**
Amazon Web Services
410 Terry Ave N
Seattle, WA, 98104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 31,600.00

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**
American Express
PO Box 360001

Fort Lauderdale, FL, 33336-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 26,077.54

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**
AT&T Business
208 S Akard Street, 17 Floor

Dallas, TX, 75202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 8,100.00

**Date or dates debt was incurred**    _____
**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor ___Italian German Exhibition Company (USA) Inc.___    Case number *(if known)*_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** **7**    **Nonpriority creditor's name and mailing address**

Canon Financial Services
14904 Collections Center Drive

Chicago, IL, 60693-0149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

| Date or dates debt was incurred | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 466.00

---

**3.** **8**    **Nonpriority creditor's name and mailing address**

Capital Improvement Bd of Managers
100 South Capitol Avenue

Indianapolis, IN, 46225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

| Date or dates debt was incurred | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 47,067.43

---

**3.** **9**    **Nonpriority creditor's name and mailing address**

CIMON Inc.
2435 W Horizon Ridge Pkwy
#100
Henderson, NV, 89052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

| Date or dates debt was incurred | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,600.00

---

**3.** **10**    **Nonpriority creditor's name and mailing address**

ComEd
PO Box 611

Carol Stream, IL, 60197-6111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

| Date or dates debt was incurred | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 134.67

---

**3.** **11**    **Nonpriority creditor's name and mailing address**

Control System Integrators Association
111 West Jackson Blvd
Suite 1412
Chicago, IL, 60604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

| Date or dates debt was incurred | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

| Debtor | Italian German Exhibition Company (USA) Inc. | Case number *(if known)* |
|--------|---------------------------------------------|--------------------------|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 12  **Nonpriority creditor's name and mailing address**

Convention Data Services
7 Technology Park Dr.

Buzzards Bay, MA, 02532

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25,000.00

---

**3.** 13  **Nonpriority creditor's name and mailing address**

Crowne Plaza Indianapolis Downtown
123 W Louisiana Street

Indianapolis, IN, 46225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,897.56

---

**3.** 14  **Nonpriority creditor's name and mailing address**

DMAG
Messegelande

30521 Hanover Germany

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 199,258.82

---

**3.** 15  **Nonpriority creditor's name and mailing address**

East Montgomery County Improvement District
21575 Hwy 59 North

New Caney, TX, 77357

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,652.80

---

**3.** 16  **Nonpriority creditor's name and mailing address**

Embassy Suites by Hilton Indianapolis Downtown
110 W Washington Street

Indianapolis, IN, 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,831.30

---

| Debtor | Italian German Exhibition Company (USA) Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17**  Nonpriority creditor's name and mailing address

Ericsson
300 Legacy Drive
Bldg Tejas
Plano, TX, 75024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.18**  Nonpriority creditor's name and mailing address

ETI LLC
51 Everett Drive
Ste A40
Princeton Junction, NJ, 08550

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,584.95

---

**3.19**  Nonpriority creditor's name and mailing address

Eventsphere
55 Marietta Street NW
Suite 900
Atlanta, GA, 30303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 22,291.50

---

**3.20**  Nonpriority creditor's name and mailing address

Fairfield Inn
501 W Washington Street

Indianapolis, IN, 46204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 12,485.00

---

**3.21**  Nonpriority creditor's name and mailing address

Forcam Inc.
3825 Edwards Road
Suite 103
Cincinnati, OH, 45209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,300.00

Debtor  Italian German Exhibition Company (USA) Inc.

Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22**  Nonpriority creditor's name and mailing address

Fortinet
899 Kifer Road

Sunnyvale, CA, 94086

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23**  Nonpriority creditor's name and mailing address

Global Experience Specialists Inc.
7000 Lindell Road

Las Vegas, NV, 89118

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32,279.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24**  Nonpriority creditor's name and mailing address

Hampton Inn Indianapolis Downtown
105 S Meridian Stret

Indianapolis, IN, 46225

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,002.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25**  Nonpriority creditor's name and mailing address

HFI GmBH
Messegelande
Hannover 30521 Niederachsen
Germany

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 600,000.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26**  Nonpriority creditor's name and mailing address

Hilton Indianapolis Hotel & Suites
120 W Market Street

Indianapolis, IN, 46204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23,381.00

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Italian German Exhibition Company (USA) Inc. | Case number *(if known)* |
|--------|---|---|
| | Name | |

## Part 2:    Additional Page

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |
|---|---|

**3.27   Nonpriority creditor's name and mailing address**

Hive MQ
Postplatz 397

Garden City, UT, 84028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,600.00

---

**3.28   Nonpriority creditor's name and mailing address**

Horner Automation Group
59 South State Avenue

Indianapolis, IN, 46201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,100.00

---

**3.29   Nonpriority creditor's name and mailing address**

Hyattplace Hyatt House Downtown Indianapolis
130 S Pennsylvania Street

Indianapolis, IN, 42604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,895.00

---

**3.30   Nonpriority creditor's name and mailing address**

IKO International
91 Walsh Drive

Parsippany, NJ, 07054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,300.00

---

**3.31   Nonpriority creditor's name and mailing address**

Industrial Andons, LLC
391 C Sportsplex Dr

Dripping Springs, TX, 78620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,408.90

---

| Debtor | Italian German Exhibition Company (USA) Inc. | Case number *(if known)* _____ |
|--------|------------|------------|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Industrial PC, Inc.
9800 Association Court

Indianapolis, IN, 46280

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,300.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.33** Nonpriority creditor's name and mailing address

International Society of Automation
PO Box 12277

Durham, NC, 27709

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.34** Nonpriority creditor's name and mailing address

Italian Exhibition Group S.P.A.
Via Emilia 155 Cap 47921
Rimini (RN) Italy

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.35** Nonpriority creditor's name and mailing address

Italian German Exhibition Company (Canada)
480 University Avenue Ste 1500
Toronto Ontario M5G 1V2 Canada

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

$ 446,340.56

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.36** Nonpriority creditor's name and mailing address

Italian German Exhibition Company SRL
Via Emilia no. 155-47921
Rimini (RN) Italy

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

$ 600,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Italian German Exhibition Company (USA) Inc.
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37  Nonpriority creditor's name and mailing address**

Katlax Enterprises Pvt Ltd.
Block No. 117-119
Santej-Vadsar Road
Gandhinagar Guarat India, 382721

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,300.00

---

**3.38  Nonpriority creditor's name and mailing address**

Keysight
1400 Fountaingrove Pkwy

Santa Rosa, CA, 95403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.39  Nonpriority creditor's name and mailing address**

Kinexon
200 S Wacker Drive Suite 3100

Chicago, IL, 60606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,329.14

---

**3.40  Nonpriority creditor's name and mailing address**

Launchpad Build, Inc.
357 Oxenbridge Way

Chapin, SC, 29036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,800.00

---

**3.41  Nonpriority creditor's name and mailing address**

Map Your Show LLC
PO Box 638886

Cincinnati, OH, 45263-8886

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 25,615.00

| Debtor | Italian German Exhibition Company (USA) Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** **42**    **Nonpriority creditor's name and mailing address**

MDG
2445 5th Avenue
Ste 450
San Diego, CA, 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 97,371.50

---

**3.** **43**    **Nonpriority creditor's name and mailing address**

Mechatronic Systems
5220 E 64th Street
Suite 200
Indianapolis, IN, 46220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13,859.00

---

**3.** **44**    **Nonpriority creditor's name and mailing address**

MFA
5177 Brandin Court

Fremont, CA, 94538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** **45**    **Nonpriority creditor's name and mailing address**

Moxa Inc.
601 Valencia Ave
Suite 100
Brea, CA, 92823

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,910.00

---

**3.** **46**    **Nonpriority creditor's name and mailing address**

Neousys Technology America Inc.
3384 Commercial Avenue

Northbrook, IL, 60062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,300.00

---

Debtor   Italian German Exhibition Company (USA) Inc.                    Case number *(if known)*_____

Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 47**  Nonpriority creditor's name and mailing address

Norgren
5400 S Delaware Street

Littleton, CO, 80120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 9,900.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 48**  Nonpriority creditor's name and mailing address

O'Hare Plaza II, LLC
23428 Network Place
Chicago, IL, 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 17,328.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 49**  Nonpriority creditor's name and mailing address

Omni Severin Hotel
40 W Jackson Place

Indianapolis, IN, 46225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 50,649.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 50**  Nonpriority creditor's name and mailing address

OPC Foundation
1601 N 82d Street
Suite 3B
Scottsdale, AZ, 85255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 13,200.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 51**  Nonpriority creditor's name and mailing address

Peakboard America Inc.
150 N Michigan Ave

Chicago, IL, 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,300.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Italian German Exhibition Company (USA) Inc. | Case number *(if known)* _____ |
|--------|----------------------------------------------|-------------------------------------|
|        | Name                                         |                                     |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3. 52    Nonpriority creditor's name and mailing address**

Pennsylvania Convention Center
Finance Department
1101 Arch Street
Philadelphia, PA, 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 93,417.00

---

**3. 53    Nonpriority creditor's name and mailing address**

Powercast Corporation
620 Alpha Drive

Pittsburgh, PA, 15238

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,512.20

---

**3. 54    Nonpriority creditor's name and mailing address**

Premio Inc.
918 Radecki Court

Rowland Heights, CA, 91748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,600.00

---

**3. 55    Nonpriority creditor's name and mailing address**

PULS L.P.
1640 White Oak Circle
Suite A
Aurora, IL, 60502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,400.00

---

**3. 56    Nonpriority creditor's name and mailing address**

RFID, Inc.
14190 Jewell Ave
#4
Aurora, CO, 80012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,408.90

---

Debtor  Italian German Exhibition Company (USA) Inc.

Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ⁵⁷  **Nonpriority creditor's name and mailing address**

Rittal North America LLC
425 N Martingale Rd
Suite 400
Schaumburg, IL, 60173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⁵⁸  **Nonpriority creditor's name and mailing address**

Salesforce Inc.
PO Box 203141

Dallas, TX, 75320-3141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⁵⁹  **Nonpriority creditor's name and mailing address**

Sewio Networks SRO
Purkynova 649/127

Brno, Czech Republic, 612 00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 3,816.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⁶⁰  **Nonpriority creditor's name and mailing address**

Siemens Digital Industries
100 Technology Drive

Alpharetta, GA, 30005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 3,816.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⁶¹  **Nonpriority creditor's name and mailing address**

Softserve Inc.
201 W 5th Street
Suite 1550
Austin, TX, 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 13,200.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Italian German Exhibition Company (USA) Inc.                    Case number *(if known)*_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.62** **Nonpriority creditor's name and mailing address**

Sung-Il Machinery Co. Ltd.
25, Seousandan-ro 1-gil

Gyeyang-gu, Icheon, Korea, 21072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 3,400.00

---

**3.63** **Nonpriority creditor's name and mailing address**

Suzhou Haitong Robotic System Co. Inc.
Block 3 No. 1 Zhufeng Rd.
Mudu Town Wuzhong Dist.
Suzhou, Jiangsu, China, 215101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 26,400.00

---

**3.64** **Nonpriority creditor's name and mailing address**

Syscort Global Services Private Limited
D-40/5, N-12, Hudco TV Center
Aurangabad
Maharashtra, India, 431001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.65** **Nonpriority creditor's name and mailing address**

Tekscape
132 W 35th Street

New York, NY, 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 3,300.00

---

**3.66** **Nonpriority creditor's name and mailing address**

The Westin Indianapolis
241 W Washington Street

Indianapolis, IN, 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 8,164.00

---

| Debtor | Italian German Exhibition Company (USA) Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.67** Nonpriority creditor's name and mailing address

THK America Inc.
200 E Commerce Drive

Schaumburg, IL, 60173

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 13,200.00

---

**3.68** Nonpriority creditor's name and mailing address

TUV Rheinland
295 Foster Street

Littleton, MA, 01460

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 15,000.00

---

**3.69** Nonpriority creditor's name and mailing address

TXOne Networks
222 Las Colinas Blvd W

Irving, TX, 75039

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 13,200.00

---

**3.70** Nonpriority creditor's name and mailing address

US Signal
201 Ionia Avenue SW

Grand Rapids, MI, 49503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,400.00

---

**3.71** Nonpriority creditor's name and mailing address

VDMA Machine Information Interoperability
Lyoner Strasse 18
Frankfurt am Main
Germany, 60528

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,600.00

---

| Debtor | Italian German Exhibition Company (USA) Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.72 Nonpriority creditor's name and mailing address**

Velavu
168 Dalhousie St
Ottowa
Ontario Canada, K1N7C4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 3,512.20

---

**3.73 Nonpriority creditor's name and mailing address**

VKS Visual Knowledge Share
1241 Rue des Cascades
Chateaugay
QC Canada, J6J4Z2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 3,408.90

---

**3.74 Nonpriority creditor's name and mailing address**

Wiser Systems Inc.
819 W Hargett St.

Raleigh, NC, 27603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 6,600.00

---

**3.75 Nonpriority creditor's name and mailing address**

Zaber Technologies Inc.
#2- 605 West Kent Ave N

Vancouver BV Canada, V6P 6T7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 6,600.00

---

**3.___ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ _____

---

Debtor _____Italian German Exhibition Company (USA) Inc._____    Case number _(if known)_____

Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Internal Revenue Service<br>77 K St. NE.<br>Washington, DC, 20002 | Line 2.10<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    Italian German Exhibition Company (USA) Inc.                Case number (if known)
          Name

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 2,703,684.95 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,703,684.95 |

**Fill in this information to identify the case:**

Debtor name ___Italian German Exhibition Company (USA) Inc.___

United States Bankruptcy Court for the: ___District of New Jersey___

Case number (If known): _____    Chapter ___7___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Office lease<br>Lessee | O'Hare Plaza II LLC<br>c/o Fulcrom Operating Company LLC<br>8725 W Higgins Rd Ste 805<br>Chicago, IL, 60631 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Copier lease<br>Lessee | Canon Financial Services<br>14904 Collections Center Drive<br>Chicago, IL, 60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | License<br>Lessee | Deutsche Messe<br>Messegelande<br>D-30521 Hannover |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | IT services<br>Lessee | ETI LLC<br>51 Everett Drive<br>Princeton Junction, NJ, 08550 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Hosting agreement | Federal State of Lower Saxony<br>Friedrichswall 1<br>30159 Hannover Germany |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Italian German Exhibition Company (USA) Inc.___

United States Bankruptcy Court for the: ___District of New Jersey___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name ___Italian German Exhibition Company (USA) Inc._____

United States Bankruptcy Court for the: ___District of New Jersey_____

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/27/2023___          ✗ /s/ _____
              MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                              ___BERND ROHSE_____
                              Printed name

                              ___CEO_____
                              Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

## Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/23 MM / DD / YYYY | to | Filing date | ☒ Operating a business ☐ Other _____ | $ 301,528 |
| For prior year: | From 1/1/22 MM / DD / YYYY | to | 12/31/22 MM / DD / YYYY | ☒ Operating a business ☐ Other _____ | $ 4,336,979 |
| For the year before that: | From 1/1/21 MM / DD / YYYY | to | 12/31/21 MM / DD / YYYY | ☒ Operating a business ☐ Other _____ | $ 894,046 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/23 MM / DD / YYYY | to | Filing date | n/a | $ 0 |
| For prior year: | From 1/1/22 MM / DD / YYYY | to | 12/31/22 MM / DD / YYYY | Interest | 20,278 |
| | | | | Exchange Rate Gain | 44,075 |
| | | | | Disposal partnership interest | $ 250,027 |
| | | | | PPP Loan forgiven | 458,365 |
| For the year before that: | From 1/1/21 MM / DD / YYYY | to | 12/31/21 MM / DD / YYYY | Exchange Rate Gain | 11,336 |
| | | | | | $ |

Debtor _____    Case number (if known) _____
         Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None                                         (See Attachment)

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1 | | | | |
| | Creditor's name | | $_____ | ❑ Secured debt |
| | | | | ❑ Unsecured loan repayments |
| | Street | | | ❑ Suppliers or vendors |
| | | | | ❑ Services |
| | City          State     ZIP Code | | | ❑ Other _____ |
| 3.2 | | | | |
| | Creditor's name | | $_____ | ❑ Secured debt |
| | | | | ❑ Unsecured loan repayments |
| | Street | | | ❑ Suppliers or vendors |
| | | | | ❑ Services |
| | City          State     ZIP Code | | | ❑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1 | | | | |
| | Insider's name | | $_____ | _____ |
| | Street | | | _____ |
| | | | | _____ |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2 | | | | |
| | Insider's name | | $_____ | _____ |
| | Street | | | _____ |
| | | | | _____ |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

Debtor _____    Case number (if known) _____
                     Name

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | $_____ |
| Creditor's name | | _____ | |
| Street | | | |
| City            State     ZIP Code | | | |
| 5.2 | | | $_____ |
| Creditor's name | | _____ | |
| Street | | | |
| City            State     ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City            State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:    Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 | | Name | ☐ Pending |
| | | Street | ☐ On appeal |
| Case number | | | ☐ Concluded |
| | | City        State        ZIP Code | |
| 7.2 Case title | | Court or agency's name and address | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City        State        ZIP Code | |

Official Form 207            Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            page 3

Debtor _____        Case number (if known)_____
         Name

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $_____ |
| Street | Case title | Court name and address |
| City          State     ZIP Code | Case number | Name |
| | | Street |
| | Date of order or assignment | City       State       ZIP Code |

## Part 4:    Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1** Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2** Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5:    Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | | | $_____ |

Debtor _____        Case number (if known)_____
              Name

## Part 6:    Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | Mandelbaum Barrett PC | | 8/18/23 | $ 15,306 |
| | **Address**<br>3 Becker Farm Rd, Ste 105<br>Street<br>Roseland        NJ        07068<br>City        State        ZIP Code<br><br>**Email or website address**<br>www.mblawfirm.com<br><br>Who made the payment, if not debtor? | | | |
| 11.2 | Who was paid or who received the transfer?<br><br>**Address**<br>Street<br><br>City        State        ZIP Code<br>**Email or website address**<br><br>Who made the payment, if not debtor? | If not money, describe any property transferred | Dates | Total amount or value<br>$ |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Trustee | | | |

Debtor _____    Case number (if known) _____
        Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | Street _____ | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2 | Who received transfer? | _____ | _____ | $ _____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street _____ | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

### Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1 | Street | | From _____ | To Current |
| | 8755 W Higgins Road, Suite 900 | | | |
| | Chicago          IL          60631 | | | |
| | City          State     ZIP Code | | | |
| 14.2 | Street _____ | | From _____ | To _____ |
| | _____ | | | |
| | City          State     ZIP Code | | | |

Debtor _____    Case number (if known) _____
       Name

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

-- diagnosing or treating injury, deformity, or disease, or

-- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1
| Facility name | | |
|---|---|---|
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | Check all that apply: |
| City    State    ZIP Code | | ☐ Electronically |
| | | ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2
| Facility name | | |
|---|---|---|
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | Check all that apply: |
| City    State    ZIP Code | | ☐ Electronically |
| | | ☐ Paper |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.    Customer contact information (names, address, phone #s, email addresses)

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

X Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☒ Yes. Fill in below:

    Name of plan

    Hannover Fairs USA Inc. 401(k) Profit Sharing Plan

    Employer Identification number of the plan

    EIN: 2 2 - 2 6 0 9 6 4 3

    Has the plan been terminated?

    ☒ No

    ☐ Yes

Debtor _____   Case number (if known)_____

Name

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Bank of America** <br> Name <br> P.O. Box 15284 <br> Street <br> Wilmington    DE    19850 <br> City    State    ZIP Code | XXXX– 9 3 5 2 | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☒ Other Certificate of Deposit (now in form of check) | 8/3/2023 <br> (closed) | $ 72,640.19 |
| 18.2 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

Debtor _____                    Case number (if known) _____
        Name

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

◦ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

◦ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

◦ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor _____        Case number (if known) _____
        Name

24. Has the debtor notified any governmental unit of any release of hazardous material?

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 North American Commercial Vehicle Show Partnership<br>Name<br>8755 W Higgins Rd, Suite 1500<br>Street<br>Chicago      IL      60601<br>City      State      ZIP Code | Partnership | EIN: 8 1 - 2 9 8 5 7 2 6<br><br>Dates business existed<br><br>From 7/7/2016  To 12/31/2021 |
| 25.2 Business name and address<br>Name<br>Street<br>City      State      ZIP Code | Describe the nature of the business | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br><br>From _____  To _____ |
| 25.3 Business name and address<br>Name<br>Street<br>City      State      ZIP Code | Describe the nature of the business | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br><br>From _____  To _____ |

Debtor _____     Case number (if known) _____

   Name

## 26 Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1 | Michele Kelly, (Accounting Director) | | From 9/23/21  To Current |
| | Name | | |
| | 8755 W Higgins Road, Suite 900 | | |
| | Street | | |
| | Chicago | IL | 60601 |
| | City | State | ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2 | William Rooney, (EX CFO) | | From 7/21/98  To 9/23/21 |
| | Name | | |
| | 185 Peregrine Lane | | (currently contract labor) |
| | Street | | |
| | Hawthorn Woods | IL | 60047 |
| | City | State | ZIP Code |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1 | | | From 01/20/22 To 04/20/23 |
| | Name | | |
| | Nisivoccia LLP | | |
| | Street | | |
| | 200 Valley Road, Suite 300 | | |
| | Mt Arlington | NJ | 07856 |
| | City | State | ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2 | | | From 12/2020  To 04/2021 |
| | Name | | |
| | Anderson & Company PC | | |
| | Street | | |
| | 1140 Route 22 East, Suite 203 | | |
| | Bridgewater | NJ | 08807 |
| | City | State | ZIP Code |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1 | | | |
| | Name | | |
| | IGECO USA Inc. (Accounting) | | |
| | Street | | |
| | 8755 W Higgins Road, Suite 900 | | |
| | Chicago | IL | 60601 |
| | City | State | ZIP Code |

Debtor _____                      Case number (if known) _____
Name

| | Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|---|

26c 2
Name _____        _____
Street _____       _____
_____              _____
City                State      ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Is this correct?  Or should we include IGECO SRL?

☐ None

Name and address

26d 1
Name
Deutsche Messe AG (Germany)
Street
Messegelande  30521

Hannover, Germany
City                State      ZIP Code

Name and address

26d 2
Name
Italian Exhibition Group (Italy) SpA
Street
Via Emilia, 155, 47921

Rimini, Italy
City                State      ZIP Code

## 27 Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27 1
Name _____
Street _____
_____
City                State      ZIP Code

Debtor _____    Case number (if known) _____
            Name

| | | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| Name of the person who supervised the taking of the inventory | | | |
| _____ | | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | | |

27.2. _____
      Name
      _____
      Street
      _____
      City                        State      ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bernd Rohde | Bormanns Wiese Wedemark, Niedersachsen 30900 | CEO-IGECO USA | |
| Wolfram Feuerhake | See attached for additional addresses | Board member | |
| Tommaso Cancellara | | Board member | |
| Francesco Luigi Santa | | Board member | |
| Arno Reich | | Board member | |
| Lucia Cicognan | | Board member | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Edward Nichols | 136 Trail LN, Williams Bay, WI 53191 | CEO-IGECO USA | From 10/21 To 07/23 |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 _____ | | | |
| Name | _____ | _____ | _____ |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City        State        ZIP Code | | | |
| Relationship to debtor | | | |
| _____ | | | |

Debtor _____    Case number (if known) _____
       Name

**Name and address of recipient**

30 2 _____
     Name

     _____
     Street

     _____

     _____
     City                State    ZIP Code

     **Relationship to debtor**

     _____

31 **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☒ No
   ☐ Yes. Identify below.

   Name of the parent corporation                     Employer Identification number of the parent
                                                      corporation

   _____                 EIN: __ __ - __ __ __ __ __ __ __

32 **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☒ No                          (Contributes to 401(k) Plan not pension)
   ☐ Yes. Identify below.

   Name of the pension fund                           Employer Identification number of the pension fund

   _____                 EIN: __ __ - __ __ __ __ __ __ __

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/13/2023
             MM / DD / YYYY

X  _____          Printed name ____ Bernd Rohde
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor ____ CEO - IGECO USA

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
   ☐ No
   ☒ Yes

---

Statement of Financial Affairs

Item 26d

Additional address


26.3

Italian German Exhibition Company SRL
Via Emilia No. 155-47921
Rimini (RN) Italy

Item 28

| Name | Address | Position |
|------|---------|----------|
| Wolfram Feuerhake | Laubaner Str. 2 31832 Springe Deutschland | Board member |
| Tommaso Cancellera | Via Francesco Londonio 26, 20143 Milano, Italy | Board member |
| Francesco Luigi Santa | Princess Tower, Al Sufouh Road, Dubai Marina, Dubai, UAE | Board member |
| Arno Reich | Am Weidenbrunnen 14, 30966 Hemmingen | Board member |
| Lucia Cicognani | Via Gaetano Ghinassi No.33,  47121 Forlì (FC) Italy | Board member |

**Italian German Exhibition Corporation USA, Inc.**

<u>**RESOLUTION**</u>

At a meeting of the Board of Directors (the "Board") of Italian German Exhibition Corporation USA, Inc. (the "Corporation") held on August 9, 2023 at which a quorum was present, and pursuant to a duly made and seconded motion, the following resolution was adopted by unanimous vote of the Board:

RESOLVED, that the Board hereby recommends that the Corporation file a voluntary petition in the United States Bankruptcy Court pursuant to chapter 7 of title 11 of the United States Code; and it is

FURTHER RESOLVED, that Bernd Rohde, Chief Executive Officer, and Tomasso Cancellara, Chairman of the Board of the Corporation (together, the "Authorized Officers"), are hereby authorized and directed to execute and deliver all documents necessary to file a chapter 7 voluntary bankruptcy case on behalf of the Corporation; and it is

FURTHER RESOLVED, that the Authorized Officers are hereby authorized to appear in all bankruptcy proceedings for and on behalf of the Corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver any and all documents on behalf of the Corporation reasonably needed in connection with such bankruptcy case; and it is

FURTHER RESOLVED, that the Authorized Officers are hereby authorized and directed to engage Mandelbaum Barrett PC as attorneys to represent the Corporation in such bankruptcy case; and it is

FURTHER RESOLVED, that the Authorized Officers are hereby authorized, directed and empowered, in the name and on behalf of the Corporation, to execute, acknowledge, seal and/or deliver all such other documents, instruments, agreements and certificates, to pay all fees, and to take all such other action as they may determine to be necessary or desirable to effect the purposes of the foregoing resolutions and/or the transactions and actions contemplated hereby, the execution, acknowledgment, seal and/or delivery of such documents, instruments, agreements and certificates, the payment of such fees and the taking of such other actions to be conclusive evidence of such determination; and it is

1

FURTHER RESOLVED, that any and all other actions heretofore taken by the Authorized Officers or by any other officer, director or authorized agent of the Corporation, to execute and deliver any of the agreements or documents authorized by the foregoing resolutions, or to take any of the actions authorized by the foregoing resolutions, are hereby approved, ratified and confirmed in all respects.

The foregoing resolution was approved by the Board without dissent and the undersigned was authorized to sign these minutes to memorialize such action.

Respectfully submitted,

Bernd Rohde
Secretary

Date: As of August 9, 2023

5G-ACIA Alliance for Connected Industries & A
Lyoner Strasse 9
Frankfurt Hesse, Germany,  60528

Adastra
Royal Bank Plaza South Tower
200 Bay Street Suite 1401
Toronto, ON,  MSJ2J2

AirTAC USA Corporation
21202 Park Row Dr
Katy, TX 77449

Amazon Web Services
410 Terry Ave N
Seattle, WA 98104

American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001

AT&T Business
208 S Akard Street, 17 Floor
Dallas, TX 75202

Berey, Donald
9727 Loch Linden Ct
Fairfax, VA 22032

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693-0149

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693

Capital Improvement Bd of Managers
100 South Capitol Avenue
Indianapolis, IN 46225

CIMON Inc.
2435 W Horizon Ridge Pkwy
Henderson, NV 89052

ComEd
PO Box 611
Carol Stream, IL 60197-6111

Connecticut Department of Labor
200 Folly Brook Blvd.
Wethersfield, CT 06109

Connecticut Department of Revenue Services
450 Columbus Blvd. Suite 1
Hartford, CT 06103

Control System Integrators Association
111 West Jackson Blvd
Suite 1412
Chicago, IL 60604

Convention Data Services
7 Technology Park Dr.
Buzzards Bay, MA 02532

Crowne Plaza Indianapolis Downtown
123 W Louisiana Street
Indianapolis, IN 46225

Deutsche Messe
Messegelande
D-30521 Hannover,

DMAG
Messegelande
30521 Hanover Germany,

East Montgomery County Improvement District
21575 Hwy 59 North
New Caney, TX 77357

Eckstein, Andreas
26 South Ridge Avenue
Arlington Heights, IL 60005

Embassy Suites by Hilton Indianapolis Downtow
110 W Washington Street
Indianapolis, IN 46204

Ericsson
300 Legacy Drive
Bldg Tejas
Plano, TX 75024

Estey, Robin
18 Berkley Drive
Yardley
Morrisville, PA 19067

ETI LLC
51 Everett Drive
Ste A40
Princeton Junction, NJ 08550


ETI LLC
51 Everett Drive
Princeton Junction, NJ 08550


Eventsphere
55 Marietta Street NW
Suite 900
Atlanta, GA 30303


Fairfield Inn
501 W Washington Street
Indianapolis, IN 46204


Federal State of Lower Saxony
Friedrichswall 1
30159 Hannover Germany


Forcam Inc.
3825 Edwards Road
Suite 103
Cincinnati, OH 45209


Fortinet
899 Kifer Road
Sunnyvale, CA 94086


Georgia Department of Labor
148 Andrew Young Intl Blvd, NE
Atlanta, GA 30303


Georgia Department of Revenue
1800 Century Boulevard, NE
Atlanta, GA 30345


Global Experience Specialists Inc.
7000 Lindell Road
Las Vegas, NV 89118


Hampton Inn Indianapolis Downtown
105 S Meridian Stret
Indianapolis, IN 46225


HFI GmBH
Messegelande
Hannover 30521 Niederachsen
Germany,

Hilton Indianapolis Hotel & Suites
120 W Market Street
Indianapolis, IN 46204


Hive MQ
Postplatz 397
Garden City, UT 84028


Horner Automation Group
59 South State Avenue
Indianapolis, IN 46201


Hyattplace Hyatt House Downtown Indianapolis
130 S Pennsylvania Street
Indianapolis, IN 42604


IKO International
91 Walsh Drive
Parsippany, NJ 07054


Illinois Dept of Labor
60 N. La Salle Street, C-1300
Chicago, IL 60601


Illinois Dept of Revenue
Suite 1100, 555 West Monroe Street
Chicago, IL 60661


Industrial Andons, LLC
391 C Sportsplex Dr
Dripping Springs, TX 78620


Industrial PC, Inc.
9800 Association Court
Indianapolis, IN 46280


Internal Revenue Service
Centralized Insolvency Operation POB
Philadelphia, PA 19101


Internal Revenue Service
77 K St. NE.
Washington, DC 20002


International Society of Automation
PO Box 12277
Durham, NC 27709

Italian Exhibition Group S.P.A.
Via Emilia 155 Cap 47921
Rimini (RN) Italy

Italian German Exhibition Company (Canada)
480 University Avenue Ste 1500
Toronto Ontario M5G 1V2 Canada,

Italian German Exhibition Company SRL
Via Emilia no. 155-47921
Rimini (RN) Italy

Katlax Enterprises Pvt Ltd.
Block No. 117-119
Santej-Vadsar Road
Gandhinagar Guarat India,  382721

Kelly, Michelle
22514 Prairie Crossing
Plainfield, IL 60544

Keysight
1400 Fountaingrove Pkwy
Santa Rosa, CA 95403

Kinexon
200 S Wacker Drive Suite 3100
Chicago, IL 60606

Launchpad Build, Inc.
357 Oxenbridge Way
Chapin, SC 29036

Map Your Show LLC
PO Box 638886
Cincinnati, OH 45263-8886

MDG
2445 5th Avenue
Ste 450
San Diego, CA 92101

Mechatronic Systems
5220 E 64th Street
Suite 200
Indianapolis, IN 46220

MFA
5177 Brandin Court
Fremont, CA 94538

Moxa Inc.
601 Valencia Ave
Suite 100
Brea, CA 92823

Neousys Technology America Inc.
3384 Commercial Avenue
Northbrook, IL 60062

New Jersey Department of Treasury
3 John Fitch Way Fl 5
PO Box 245
Trenton, NJ 08695

New Jersey Dept of Labor and Workforce
1 John Fitch Plz
Trenton, NJ 08611

Norgren
5400 S Delaware Street
Littleton, CO 80120

O'Hare Plaza II LLC
c/o Fulcrom Operating Company LLC
8725 W Higgins Rd Ste 805
Chicago, IL 60631

O'Hare Plaza II, LLC
23428 Network Place
Chicago, IL 60673

Omni Severin Hotel
40 W Jackson Place
Indianapolis, IN 46225

OPC Foundation
1601 N 82d Street
Suite 3B
Scottsdale, AZ 85255

Peakboard America Inc.
150 N Michigan Ave
Chicago, IL 60601

Pennsylvania Convention Center
Finance Department
1101 Arch Street
Philadelphia, PA 19107

Pennsylvania Department of Labor and Industry
1700 Labor & Industry Building
Harrisburg, PA 17120

Pennsylvanie Department of Revenue
Looby Strawberry SQ
Harrisburg, PA 17128-0101

Powercast Corporation
620 Alpha Drive
Pittsburgh, PA 15238

Premio Inc.
918 Radecki Court
Rowland Heights, CA 91748

PULS L.P.
1640 White Oak Circle
Suite A
Aurora, IL 60502

RFID, Inc.
14190 Jewell Ave
Aurora, CO 80012

Rittal North America LLC
425 N Martingale Rd
Suite 400
Schaumburg, IL 60173

Salesforce Inc.
PO Box 203141
Dallas, TX 75320-3141

Sewio Networks SRO
Purkynova 649/127
Brno, Czech Republic, 612 00

Siemens Digital Industries
100 Technology Drive
Alpharetta, GA 30005

Softserve Inc.
201 W 5th Street
Suite 1550
Austin, TX 78701

Sung-Il Machinery Co. Ltd.
25, Seousandan-ro 1-gil
Gyeyang-gu, Icheon, Korea, 21072

Suzhou Haitong Robotic System Co. Inc.
Block 3 No. 1 Zhufeng Rd.
Mudu Town Wuzhong Dist.
Suzhou, Jiangsu, China, 215101

Syscort Global Services Private Limited
D-40/5, N-12, Hudco TV Center
Aurangabad
Maharashtra, India, 431001

Tekscape
132 W 35th Street
New York, NY 10001

Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building,
111 East 17th Street
Austin, TX 78774

Texas Workforce Commission
101 E 15th Street
Austin, TX 78778

The Westin Indianapolis
241 W Washington Street
Indianapolis, IN 46204

THK America Inc.
200 E Commerce Drive
Schaumburg, IL 60173

TUV Rheinland
295 Foster Street
Littleton, MA 01460

TXOne Networks
222 Las Colinas Blvd W
Irving, TX 75039

US Signal
201 Ionia Avenue SW
Grand Rapids, MI 49503

VDMA Machine Information Interoperability
Lyoner Strasse 18
Frankfurt am Main
Germany, 60528

Velavu
168 Dalhousie St
Ottowa
Ontario Canada,  K1N7C4


Virginia Dept of Labor and Industry
Main Street Center 600 East Main Street,
Richmond, VA 23219


Virginia Tax
Office of Customer Services P.O. Box 111
Richmond, VA 23218-1115


VKS Visual Knowledge Share
1241 Rue des Cascades
Chateaugay
QC Canada,  J6J4Z2


Wisconsin Department of Revenue
PO Box 8949
Madison, WI 53708-8949


Wisconsin Department of Workforce Development
201 E. Washington Ave
Madison, WI 53707


Wiser Systems Inc.
819 W Hargett St.
Raleigh, NC 27603


Zaber Technologies Inc.
Vancouver BV Canada,  V6P 6T7

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of __New Jersey_____

**In re**

Italian German Exhibition Company (USA) Inc.

Case No. _____

**Debtor**

Chapter _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __15,306_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ __15,306_____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0_____

2.  The source of the compensation paid to me was:

    [X] Debtor        [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [ ] Debtor        [ ] Other (specify)

4.  [X] I have not agreed to share the above-disclosed compensation with any other person unless they are
       members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not
       members or associates of my law firm. A copy of the agreement, together with a list of the names of the
       people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)



6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Representation of Debtor in any litigation within or relating that bankruptcy case, such as litigations under Chapter 5 of the Bankruptcy Code.**

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| Sept. 29, 2023 | /s/ Vincent J. Roldan |
|---|---|
| *Date* | *Signature of Attorney* |
| | Mandelbaum Barrett PC |
| | *Name of law firm* |